UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| NICOLA SARNELLI, derivatively on behalf of FIRSTENERGY CORPORATION,<br><br>     Plaintiff,<br><br> v.<br><br>MICHAEL J. ANDERSON, STEVEN J. DEMETRIOU, JULIA L. JOHNSON, CHARLES E. JONES, DONALD T. MISHEFF, THOMAS N. MITCHELL, JAMES F. O'NEIL III, CHRISTOPHER D. PAPPAS, SANDRA PIANALTO, LUIS A. REYES, LESLIE M. TURNER, STEVEN E. STRAH, K. JON TAYLOR, ROBERT REFFNER, MICHAEL J. DOWLING, EBONY YEBOAH-AMANKWAH, and JAMES PEARSON.<br><br>     Defendants,<br> and<br><br>FIRSTENERGY CORPORATION,<br><br>     Nominal Defendant. | Case No. 2:20-cv-05192-SDM-KAJ |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nicola Sarnelli here gives notice of the dismissal, without prejudice, of his complaint against Defendants.

  Each party shall bear its own costs.

  This dismissal terminates the action in its entirety.

Dated: November 6, 2020

Respectfully Submitted,

GARDY & NOTIS, LLP

*/s/ Meagan Farmer*
Meagan Farmer
James S. Notis
126 East 56th Street, 8th Floor
New York, NY 10022
(212) 905-0509
jnotis@gardylaw.com
mfarmer@gardylaw.com

Pamela Borgess (0072789)
BORGESS LAW, LLC
6800 W. Central Ave. Ste. E
Toledo, OH 43617
(567) 455-5955
pborgess@borgesslaw.com

*Counsel for Plaintiff Nicola Sarnelli*